MARGARET A. MCDONALD, Respondent, *v.* PEOPLE'S GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant.

HELEN QUIGLEY, Respondent, *v.* PEOPLE'S GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant.

ELIZABETH MCDONALD, Respondent, *v.* PEOPLE'S GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant.

GRACE MCDONALD, Respondent, *v.* PEOPLE'S GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant.

(Argued October 19, 1928; decided November 20, 1928.)

*Edwin J. Mizen* and *Francis E. Cullen* for appellant. *Francis D. Culkin, Avery S. Wright* and *Leonard H. Amdursky* for respondents.

no opinion.

Concur: POUND, CRANE, KELLOGG and O'BRIEN, JJ.
Dissent: CARDOZO, Ch. J., ANDREWS and LEHMAN, JJ.